# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM HUNKIN,
Appellant,
vs.
MICHELE WOOD,
Respondent.

No. 71192

FILED

SEP 3 0 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to appellant's notice of voluntary dismissal of appeal filed on September 9, 2016, this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: David Lee Phillips & Associates
Michele Wood

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-30543